United States Bankruptcy Court

Central District of California

In re:  Case No. 22-14198-SY

Kathy Macias  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 04, 2022　　　　　　　　Form ID: naca　　　　　　　　　Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Macias, 16235 Randall Avenue, Apt. 14, Fontana, CA 92335-5513 |
| 41333903 | + | USA Checks Cashed & Payday Advance, 9311 Sierra Avenue, Fontana, CA 92335-5712 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 05 2022 00:20:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 05 2022 00:20:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41333896 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 05 2022 00:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 41333897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2022 00:27:47 | Best Buy Credit Card, PO Box 9001007, Louisville, KY 40290-1007 |
| 41333898 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2022 00:27:56 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 41333899 | ^ | MEBN | Nov 05 2022 00:15:19 | Citibank, c/o Suttel & Hammer APC, P O BOX C-90006, Bellevue, WA 98009 |
| 41333900 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2022 00:20:00 | Comenity Bank/ Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 41333901 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2022 00:27:42 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 41333902 | + | Email/PDF: tbiedi@PRAGroup.com | Nov 05 2022 00:28:02 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 41333904 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 05 2022 00:27:52 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: naca | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Kathy Macias bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Kathy Macias
**SSN:** xxx−xx−3204
**EIN:** N/A
aka Kathy Satana Catalina Macias Zamora, aka
Kathy Santa Catalina Gonzales

16235 Randall Avenue, Apt. 14
Fontana, CA 92335

**BANKRUPTCY NO.** 6:22−bk−14198−SY
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Benjamin Heston**

**19700 Fairchild Rd Ste 280**
**Irvine, CA 92612**

**951−290−2827**

Dated: November 4, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN−82                                                                                      **8 / KR6**