Certificate Number: 14912-CAC-DE-036969807

Bankruptcy Case Number: 22-14198



14912-CAC-DE-036969807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 10, 2022</u>, at <u>9:34</u> o'clock <u>PM EST</u>, <u>Kathy Macias</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>November 10, 2022</u>           By:   <u>/s/Jai Bhatt</u>

                                         Name:  <u>Jai Bhatt</u>

                                         Title:  <u>Counselor</u>